IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE KITTRELL,  :  |  |
|     Plaintiff,  : |  |
| : |  |
| v.  : | CIVIL ACTION NO. 23-CV-0811 |
| : |  |
| BARRY SMITH, *et al.*,  : |  |
|     Defendants.  : |  |

## ORDER

AND NOW, this **16th day** of **November 2023**, upon consideration of Defendants Paul Little, D.O.; Andrew Dancha, D.O.;[1] Muhammad Naji, M.D.;[2] John Nicholson, PA-C; and Wellpath, LLC's Motion to Dismiss (ECF No. 20),[3] it is hereby **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court is instructed to terminate Defendants Paul Little, D.O., John Nicholson, PA-C, and Wellpath, LLC.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

---

[1] This Court already dismissed Defendant Dancha from this action on April 28, 2023. ECF Nos. 6-7.

[2] D This Court already dismissed Defendant Naji from this action on April 28, 2023. ECF Nos. 6-7.

[3] Plaintiff has not filed an Opposition in Response to the Motion. Plaintiff's filing at ECF No. 46 appears to be a response to Defendants Jamie Oliver and Terri Sechrengost's (collectively "Commonwealth Defendants") Answer at ECF No. 36.