IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRE KITTRELL,<br>    Plaintiff, | :<br>:<br>: |
| v. | :   CIVIL ACTION NO. 23-CV-0811 |
| BARRY SMITH, *et al.*,<br>    Defendants. | :<br>:<br>: |

### ORDER

AND NOW, this **21st day** of **November 2023**, upon consideration of Defendants UPMC Altoona and Dr. Yaquob Tokhi's Motion to Dismiss (ECF No. 35),[1] it is hereby **ORDERED** that the Motion is **GRANTED**.

The Clerk of Court is instructed to terminate Defendants UPMC Altoona and Dr. Yaquob Tokhi.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Plaintiff has not filed an Opposition in Response to the Motion. Plaintiff's filing at ECF No. 46 appears to be a response to Defendants Jamie Oliver and Terri Sechrengost's (collectively "Commonwealth Defendants") Answer at ECF No. 36.