## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE KITTRELL, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-0811** |
| | : | |
| LIEUTENANT OLIVER and TERRI | : | |
| SECHRENGOST, | : | |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this **3rd** day of **March 2026**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 82), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 86), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment (ECF No. 82) is **GRANTED** with respect to Plaintiff's federal law claims against Defendants Oliver and Sechrengost for deliberate indifference in violation of the Eighth Amendment.

2. The Court **DECLINES** supplemental jurisdiction over Plaintiff's state law claim against Defendant Sechrengost for medical negligence, and **DISMISSES** this claim without prejudice. **If Plaintiff chooses to file his state law claim against Defendant Sechrengost in state court, he is directed to be mindful of the fact that his deadline for doing so has been paused during the course of this lawsuit and will be paused for 30 additional days from the date of this Order, unless Pennsylvania law provides for a longer tolling period.** *See* 28 U.S.C. § 1367(d).

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**